UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

David Weathers,

           Plaintiff(s),           Case No. 23-12608

v.           Honorable Gershwin A. Drain

McLaren Health Care Corporation,           Magistrate Judge David R. Grand

           Defendant(s).
_____/

**ORDER REGARDING REASSIGNMENT OF COMPANION CASE**

      This case appears to be a companion case to Case No. 23-12520. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable Matthew F. Leitman and Magistrate Judge Curtis Ivy, Jr.

      s/Gershwin A. Drain
      Gershwin A. Drain
      United States District Judge

      s/Matthew F. Leitman
      Matthew F. Leitman
      United States District Judge

      Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers. Case type: CIVIL

      If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: October 17, 2023           s/N. Ahmed
                                          Deputy Clerk

cc:    Parties and/or counsel of record
       Honorable Matthew F. Leitman